IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 11-cv-147**

**PETCO ANIMAL SUPPLIES STORES, INC., a Delaware corporation**,

    Plaintiff/Counterclaim Defendant

v.

**UNLEASHED DOG TRAINING, INC., a Colorado corporation,**

    Defendant/Counterclaim Plaintiff.

ORDER

This matter is currently before me on the parties' Joint Motion for Administrative Closure (doc. 22). The parties represent that they have reached a staged settlement agreement, the terms of which will be completed over the next six months. Upon completion of these terms, the parties believe no further litigation will be necessary. They seek administrative closure so that they may preserve the right to revive this action in the event the terms of the settlement are not satisfactorily completed.

Having reviewed the motion, and finding that administrative closure will conserve the court's and the parties resources, the motion is GRANTED. Pursuant to D. Colo. L. Civ.R. 41.2, the clerk of the court is directed to close this action administratively subject to reopening for good cause. If no action is taken to reopen this case for good cause after the passage of six months, the case shall be dismissed with prejudice without further notice to any party. This order in no way serves as an endorsement or approval of the parties' settlement agreement, and

its terms are not enforceable through contempt proceedings.

Dated:  May 3, 2011  BY THE COURT:

**/s/ John L. Kane**
Senior U.S. District Court Judge